### UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF PENNSYLVANIA

---

**In re:  Francesco Incardona**           :
                                          :     **Bankruptcy No:  20-12839**
           **Debtor**                     :     **Chapter 13**

## NOTICE OF APPLICATION FOR COMPENSATION

Notice is hereby given to all interested parties Jeanne Marie Cella, Esquire, counsel for the Debtors, has filed an Application seeking compensation of **$5**,000.00 for the firm's services in this case. Any Objections to this Application must be filed and served upon us within twenty-one (21) days from July 17, 2020, on or before which date the Application was filed. A copy of the Application is provided to the Trustee, the United States Trustee, and the Debtors. Other interested parties can obtain a copy on request.

                                    Respectfully submitted,


                                    */s/ Jeanne Marie Cella, Esquire*
                                    Jeanne Marie Cella, Esquire


Dated:  July 17, 2020