United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 20-12839-pmm

Francesco Incardona  Chapter 13

   Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 3
Date Rcvd: Aug 21, 2025 Form ID: 138OBJ Total Noticed: 28

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Francesco Incardona, 255 Lynn Rd, Ridley Park, PA 19078-1329 |
| 14516016 | + | Gabrielle Incardona, 255 Lynn Rd, Ridley Park, PA 19078-1329 |
| 14519245 | + | PNC BANK NATIONAL ASSOCIATION, C/O REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 14516018 | + | Pheea, 1200 N 7th St, Harrisburg, PA 17102-1444 |
| 14516023 | + | Simon's Agency, Inc. Crozier, Attn: Bankruptcy, Po Box 5026, Syracuse, NY 13220-5026 |
| 14516024 | + | Snap ON, 1062 Forest Rd, West Chester, PA 19382-2004 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 22 2025 00:53:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 22 2025 00:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14516013 | + | Email/PDF: bncnotices@becket-lee.com | Aug 22 2025 01:02:46 | Amex/Bankruptcy, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14516014 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 22 2025 00:52:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 14521125 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Aug 22 2025 00:53:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14524249 | | Email/PDF: bncnotices@becket-lee.com | Aug 22 2025 01:01:50 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14516015 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 22 2025 00:53:00 | Comenity Bank/Express, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14527526 | | Email/Text: bnc-quantum@quantum3group.com | Aug 22 2025 00:53:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14516017 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 22 2025 01:13:52 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14523458 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 22 2025 01:02:51 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14521563 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 22 2025 00:53:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14519101 | ^ | MEBN | Aug 22 2025 00:40:50 | PNC BANK NATIONAL ASSOCIATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

Case 20-12839-pmm   Doc 41   Filed 08/23/25   Entered 08/24/25 00:43:16   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 21, 2025 | Form ID: 138OBJ | Total Noticed: 28 |

| | | | | |
|---|---|---|---|---|
| 14516019 | Email/Text: Bankruptcy.Notices@pnc.com | Aug 22 2025 00:52:00 | PNC Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 14526071 | Email/Text: Bankruptcy.Notices@pnc.com | Aug 22 2025 00:52:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14516020 | Email/Text: Bankruptcy.Notices@pnc.com | Aug 22 2025 00:52:00 | PNC Mortgage, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14525792 | Email/Text: bnc-quantum@quantum3group.com | Aug 22 2025 00:53:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14516021 | Email/Text: joey@rmscollect.com | Aug 22 2025 00:53:00 | Receivable Management Inc Patient First, 7206 Hull Rd, Ste 211, Richmond, VA 23235 |
| 14519057 | Email/Text: bankruptcy@bbandt.com | Aug 22 2025 00:53:00 | Sheffield Financial, PO Box 1847, Wilson, NC 27894-1847 |
| 14516022 | Email/Text: bankruptcy@bbandt.com | Aug 22 2025 00:53:00 | Sheffield Financial, PO Box 580229, Charlotte, NC 28258-0229 |
| 14534686 | + Email/PDF: ebn_ais@aisinfo.com | Aug 22 2025 01:02:35 | Synchrony Bank, by AIS Infosource, LP, 4515 N. Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14516025 | + Email/PDF: ais.sync.ebn@aisinfo.com | Aug 22 2025 01:14:03 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14516026 | + Email/PDF: ais.sync.ebn@aisinfo.com | Aug 22 2025 01:01:48 | Synchrony Bank/Mens Wearhouse, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 23, 2025                    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| JEANNE MARIE CELLA | on behalf of Debtor Francesco Incardona paralegal@lawjmc.com r46298@notify.bestcase.com;pennduke@gmail.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Aug 21, 2025 | Form ID: 138OBJ | Total Noticed: 28

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

*Form 138OBJ* (6/24)−doc 40 − 33

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Francesco Incardona )    Case No. 20−12839−pmm
 )
 )
   Debtor(s). )    Chapter: 13
 )
 )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> Eastern District of Pennsylvania
> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: August 21, 2025                  For The Court

                                                                       Timothy B. McGrath
                                                                       Clerk of Court